

FILED
**Stephan Harris**
**Clerk of Court**

2:28 pm, 5/10/19

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| DENNIS MEYER DANZIK,<br><br>                        Appellant,<br><br>vs.<br><br>CWT CANADA II LIMITED PARTNERSHIP and RESOURCE RECOVERY CORPORATION,<br><br>                        Appellees. | Case No:  19-CV-66-F |

## ORDER TO SHOW CAUSE

This matter is before the Court on its own notice. On April 19, 2019 Appellees CWT Canada II Limited Partnership and Resource Recovery Corporation filed a Motion to Strike Items Improperly Designated Pursuant to Federal Rule of Bankruptcy Procedure 8009(e)(1). Appellant Dennis Meyer Danzik has not filed a response to this motion. Pursuant to Local Rule, he should have filed a response within 14 days Appellees' filing, on or before May 3, 2019. U.S.D.C.L.R. 7.1(b)(2)(A).

IT IS ORDERED that Appellant has until May 17, 2019 to show cause why he failed to response to Appellees' Motion to Strike. Additionally, Appellant shall file his response to Appellees' Motion to Strike on or before May 17, 2019.  Failure to file a response or to

provide the Court with a justification for failure to file a response may result in the Court considering the motion confessed and granting Appellees' motion.

Dated this __10th__ day of May, 2019.

_____
NANCY D. FREUDENTHAL
UNITED STATES DISTRICT JUDGE