KEN McCARTNEY, Bar No. 5-1335
The Law Offices of Ken McCartney, P.C.
Post Office Box 1364
Cheyenne, WY 82003
Tel (307) 635-0555
Email: bnkrpcyrep@aol.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

**Appeal No. 2:19-cv-00066-NDF**

| | |
|---|---|
| In re:<br>    DENNIS MEYER DANZIK,<br><br>                                    Debtor.<br>_____<br><br>Dennis Meyer Danzik,<br><br>            Appellant,<br><br>    v.<br><br>CWT Canada II Limited Partnership and Resource Corporation,<br><br>            Appellees. | Case No. 17-20934<br>CHAPTER 11<br><br><br><br><br><br><br><br>Adversary No. 18-02007 |

## APPELLANT'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE WHY THE APPELLANT WAS LATE TO RESPOND TO THE CWT PARTY'S MOTION TO STRIKE

COMES NOW the Appellant, Dennis M. Danzik, by counsel, Ken McCartney of The Law Offices of Ken McCartney, P.C. and responds to this court's Order to Show Cause why a response to the CWT Parties Motion to Strike was late filed, offers the following.

1. The Appellant's counsel is probably not the only one confused by the filings in this case.

2. As an electronic filer, Appellant's counsel received a Motion to Strike with the Bankruptcy Court's heading in the caption filed 4/29/2019 at 15:21:23.

3. Counsel received a second copy of the Motion to Strike, again with the Bankruptcy Court's heading in the caption that was errantly considered by counsel as merely a duplicate copying of the same filing. It was identical with the first copy received. On closer review the second copy was file stamped in the District Court on 4/19/2019.

4. On May 7th, 2019 Counsel for the Appellant received an Order from the Bankruptcy Court setting the only motion there is for hearing on May 15th, 2019 and requiring a response to the Motion, May 13, 2019. Counsel's office calendared this response date believing this to be the only date requiring a response be filed, and timely filed a response in the Bankruptcy Court.

5. It certainly did not occur to counsel that there was a conflicting response deadline imposed by the District Court filing of an identical pleading.

6. Having received the Order to Show Cause Counsel also filed the response in the District Court with this response to the Order to Show Cause.

WHEREFORE the Appellant prays cause be shown, and the parties and the courts get together and decide where the motion should be heard one time and the subject closed.

Done this 14th day of May, 2019.

                                      Respectfully submitted
                                      For the Appellant

                                      /s/ Ken McCartney
                                      KEN McCARTNEY, Bar No. 5-1335
                                      The Law Offices of Ken McCartney, P.C.
                                      Post Office Box 1364
                                      Cheyenne, WY 82003
                                      Tel (307) 635-0555
                                      Fax; (307) 635-0585
                                      Email: bnkrpcyrep@aol.com

Attach Doc 51: Order Scheduling Hearing on Motion to Strike

## Certificate of Service

The foregoing was electronically served this 14th day of May, 2019, to all those who have appeared in the case with electronic noticing which includes multiple counselors for the appellee.

                                      /s/ Ken McCartney