

FILED

2:47 pm, 5/30/19

Stephan Harris
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| DENNIS MEYER DANZIK,<br><br>      Appellant,<br><br>vs.<br><br>CWT CANADA II LIMITED PARTNERSHIP and RESOURCE RECOVERY CORPORATION,<br><br>      Appellee, | Case No.  19-CV-66-F |

## ORDER REQUIRING EXPEDITED RESPONSE

      This matter is before the Court on its own notice. On May 30, 2019, Appellant Dennis Meyer Danzik filed a Motion for Extension of the due date for his opening brief in this matter. (Doc. 15). Specifically, Appellant asks for a forty-five (45) day extension to file his opening brief due to medical reasons. Appellant does not include a statement regarding Appellee CWT Canada II Limited Partnership and Resource Recovery Corporation's position on this request. The Court finds that an expedited response from Appellee is appropriate under the circumstances.

      IT IS ORDERED that Appellee must respond to Appellant's Motion for Extension on or before June 5, 2019.

      Dated this  30th  day of May, 2019.

                                        NANCY D. FREUDENTHAL
                                        UNITED STATES DISTRICT JUDGE