Bradley T. Hunsicker (Wyo. Bar 7-4579)
**MARKUS WILLIAMS YOUNG & HUNSICKER LLC**
106 East Lincolnway, Suite 300
Cheyenne, WY  82001
Telephone: 307-778-8178
bhunsicker@markuswilliams.com

Attorneys for Appellees CWT Canada II Limited Partnership
and Resource Recovery Corporation

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| In re: ) <br> ) <br> DENNIS MEYER DANZIK, ) <br> ) <br> Debtor. ) <br> _____) <br> ) <br> ) <br> DENNIS MEYER DANZIK ) <br> ) <br> Appellant, ) <br> vs. ) <br> ) <br> CWT CANADA II LIMITED PARTNERSHIP ) <br> AND RESOURCE RECOVERY ) <br> CORPORATION ) <br> ) <br> Appellees. ) | Case No. 17-20934 <br>  CHAPTER 11 <br><br><br><br><br><br><br><br> Adversary No. 18-02007 <br> Appeal No. 2:19-cv-00066-NDF |

## APPELLEES' RESPONSE TO MOTION FOR AN ORDER EXTENDING BRIEFING SCHEDULE

Creditors CWT Canada II Limited Partnership ("CWT Canada") and Resource Recovery Corporation ("RRC") (the "CWT Parties"), by and through their undersigned counsel, hereby advise the Court that the CWT Parties have no objection to Appellant's request for a 45-day extension to file Appellant's brief.  The CWT Parties respectfully

request that any order granting the extension specify the actual due date for the Appellant's brief, and Appellees' reply brief

Dated: Cheyenne, Wyoming
June 3, 2019

Respectfully submitted,

**CWT Canada II Limited Partnership and Resource Recovery Corporation,** *Appellees*

**MARKUS WILLIAMS YOUNG & HUNSICKER LLC**

*By: /s/ Bradley T. Hunsicker*
Bradley T. Hunsicker, #7-4579
106 East Lincolnway, Suite 300
Cheyenne, WY 82001
Telephone: (307) 778-8178
Facsimile: (307) 638-1975
E-Mail: bhunsicker@markuswilliams.com

*Attorneys for Appellees CWT Canada II Limited Partnership and Resource Recovery Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on June 3, 2019, *electronically,* via the Court's CM/ECF system upon the following parties who have entered their appearance in the above-captioned matter.

**Ken McCartney**
The Law Offices of Ken McCartney, P.C.
P.O. Box 1364
Cheyenne, WY 82003
bnkrpcyrep@aol.com
*Attorney for Appellant*

*/s/ Bradley T. Hunsicker*