IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

2:19-cv-00066-NDF

_____

| | | |
|---|---|---|
| In re: | ) | |
|    DENNIS MEYER DANZIK, | ) | Appeal from the |
| | ) | US Bankruptcy Court for the |
| | ) | District of Wyoming |
| | ) | Case No. 17-20934 |
| Debtor. | ) | CHAPTER 11 |
| | ) | |
| _____ | ) | |
| | ) | |
| DENNIS MEYER DANZIK, | ) | |
| | ) | |
| | ) | |
|    Appellant, | ) | |
| v. | ) | Adversary No. 18-02007 |
| | ) | |
| CWT Canada II Limited Parnership and | ) | |
| Resource Corporation, | ) | |
| SERVICESOF AMERICA, FLCA, | ) | |
| | ) | |
|    Appellees. | ) | |

# APPELLANT'S MOTION TO DISMISS

    COMES NOW the Debtor by counsel, Ken McCartney of the Law Offices of Ken McCartney P.C. and after an exhaustive review of the Order appealed, the findings of fact and an extensive review of the law concerning *res judicata*, and collateral *estoppel* concludes there is no non frivolous presentation that can be made to continue this appeal.

    WHEREFORE the Debtor requests an order of this court pursuant to Federal Rule of Bnkr. 8023, dismissing the above captioned appeal and assessing such costs as are appropriate under the circumstances.

    Done this 29th day of July, 2019.

                                       Respectfully submitted
                                       For the Appellant

/s/ Ken McCartney
Ken McCartney Bar No. 5-1335
The La Offices of Ken McCartney P.C.
1401 Airport Parkway, Suite 200
PO Box 1364
Cheyenne, WY 82003
PHN (307) 635-0555
FAX (307) 635-0585
bnkrpcyrep@aol.com